1  Farhan R. Naqvi, Esq.
Nevada Bar No. 8589
2  Jason M. Miller, Esq.
Nevada Bar No. 16280
3  NAQVI INJURY LAW
9500 W Flamingo Road, Suite 104
4  Las Vegas, Nevada 89147
Telephone: (702) 553-1000
5  Facsimile: (702) 553-1002
6  naqvi@naqvilaw.com
jmiller@naqvilaw.com
7  *Attorneys for Plaintiff*

8
## UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA
10

| | |
|---|---|
| BETTY BELTRAN, individually, | Case No.: 2:23-cv-01461-JAD-EJY |
| Plaintiff, | |
| vs. | **~~NOTICE~~ MOTION TO ASSOCIATE COUNSEL FOR PLAINTIFF BETTY BELTRAN** |
| COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Jason M. Miller, Esq. of NAQVI INJURY LAW hereby associates in this matter as co-lead counsel of record for Plaintiff, Betty Beltran. Undersigned counsel requests that all future notices, motions, discovery, pleadings, correspondence and any other documents be served to:

/ / /

/ / /

/ / /



Page 1

1  JASON M. MILLER, ESQ.
NAQVI INJURY LAW
2  9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
3  Telephone: (702) 553-1000
Facsimile: (702) 553-1002
4  jmiller@naqvilaw.com
*Attorney for Plaintiff*
5

6  DATED this 5<u>th</u> day of September, 2024.

7             NAQVI INJURY LAW

8
9           By:  */s/ Jason M. Miller*
           FARHAN R. NAQVI, ESQ.
10            Nevada Bar No. 8589
           JASON M. MILLER, ESQ.
11            Nevada Bar No. 16280
           9500 W Flamingo Road, Suite 104
12            Las Vegas, Nevada 89147
13            *Attorneys for Plaintiff*

14

15  IT IS SO ORDERED this 6th day of September, 2024.

16
17 _____
 ELAYNA J. YOUCHAH
18  U.S. MAGISTRATE JUDGE

19
20
21
22
23
24
25
26
27
28



Page 2