1  SODW
   GEORGE M. RANALLI, ESQ.
2  Nevada Bar No. 5748
   JOHN W. KIRK, ESQ.
3  Nevada Bar No. 4654
   MAEGUN C. MOOSO, ESQ.
4  Nevada Bar No. 15067
   RANALLI ZANIEL FOWLER & MORAN, LLC
5  2340 W. Horizon Ridge Parkway, Suite 100
   Henderson, Nevada 89052
6  Telephone: (702) 477-7774
   Facsimile: (702) 477-7778
7  ranalliservice@ranallilawyers.com
   *Attorney for Defendant,*
8  *COSTCO WHOLESALE CORPORATION*
   *d/b/a COSTCO*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BETTY BELTRAN, individually, | ) |
| | ) Case No.: 2:23-cv-01461-JAD-EJY |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) ECF No. 33 |
| d/b/a COSTCO WHOLESALE; DOES 1 | ) |
| through 100 and ROE | ) |
| CORPORATIONS 1 through 100, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between all parties and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1

Further, responding parties request that any hearings on calendar in this matter, be vacated.

July 22, 2025.

NAQVI INJURY LAW

_____
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
JASON M. MILLER, ESQ.
Nevada Bar No. 16280
9500 W. Flamingo Road, Ste. 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

August, 2025.

RANALLI ZANIEL FOWLER & MORAN, LLC

_____
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JOHN W. KIRK, ESQ.
Nevada Bar No. 4654
MAEGUN C. MOOSO, ESQ.
Nevada Bar No. 15067
2340 W. Horizon Ridge Pkwy., Suite 100
Henderson, NV 89025
*Attorney for Defendant,*
COSTCO WHOLESALE CORPORATION
d/b/a COSTCO

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 5, 2025